FILED

13 FEB 15 AM 10: 45

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BAIT PRODUCTIONS PTY LTD, | Case No.: 8:13-cv-00175-EAK-EAJ |
| Plaintiff, | |
| vs. | ANSWER |
| MITCHELL L. COLLAZO, | |
| Defendant | |

Complaint, paragraph #1.   Answer: I do not know.

Complaint, paragraph #2.   Answer: Agree.

Complaint, paragraph #3.   Answer: I do not know.

Complaint, paragraph #4.   Answer: I do not know.

Complaint, paragraph #5.   Answer: I do not know.

Complaint, paragraph #6.   Answer: Disagree.

Complaint, paragraph #7.   Answer: Disagree.

Complaint, paragraph #8.   Answer: Disagree.

Complaint, paragraph #9.   Answer: Disagree.

Complaint, paragraph #10.  Answer: Disagree.

Complaint, paragraph #11.  Answer: Disagree.

Complaint, paragraph #12.  Answer: Disagree.

Complaint, paragraph #13.  Answer: Disagree.

Complaint, paragraph #14.  Answer: Disagree.

Complaint, paragraph #15.  Answer: Disagree.

Complaint, paragraph #16.   Answer: I do not know.

Complaint, paragraph #17.   Answer: I do not know.

Complaint, paragraph #18.   Answer: I do not know.

Complaint, paragraph #19.   Answer: I do not know.

Complaint, paragraph #20.   Answer: I do not know.

Complaint, paragraph #21.   Answer: I do not know.

Complaint, paragraph #22.   Answer: Disagree.

Complaint, paragraph #23.   Answer: I do not know.

Complaint, paragraph #24.   Answer: Disagree.

Complaint, paragraph #25.   Answer: Disagree.

Complaint, paragraph #26.   Answer: Disagree.

Dated this 15th day of February, 2013

*[signature]*

Mitchell L. Collazo
Defendant
2525 Aventurine St.
Kissimmee, Florida 34744

2